CDF LABOR LAW LLP
 Alison L. Tsao, State Bar No. 198250
 atsao@cdflaborlaw.com
 Timothy M. Freudenberger, State Bar No. 138257
 tfreud@cdflaborlaw.com
 Marianne C. Koepf, State Bar No. 191025
 mkoepf@cdflaborlaw.com
 Arthur S. Gaus, State Bar No. 289560
 agaus@cdflaborlaw.com
 Candace DesBaillets, State Bar No. 315284
 cdesbaillets@cdflaborlaw.com
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 981-3233

Attorneys for Defendants
PRUVIT VENTURES INC., BRIAN UNDERWOOD,
CHRISTOPHER HARDING, TERRY LACORE, JENIFER
GRACE, and BLAKE MALLEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRERA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRUVIT VENTURES INC.; BRIAN UNDERWOOD; CHRISTOPHER HARDING; TERRY LACORE; JENIFER GRACE; BLAKE MALLEN; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-09629-YGR<br><br>Assigned for All Purposes To:<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>(Removed from Contra Costa County Superior Court Case No. C25-00451)<br><br>**DEFENDANTS' MOTION TO DISMISS FLSA AND QUASI-CONTRACT CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), 12(b)(2) & 12(b)(6)**<br><br>Date:　April 14, 2026<br>Time:　2:00 p.m.<br>Place:　Oakland Federal District Courthouse, 1301 Clay St., Ctrm 1, 4th Floor |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

CDF LABOR LAW LLP

4908-6893-7355.1

**TO PLAINTIFF JENNIFER CARRERA AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 14, 2026 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Yvonne Gonzalez Rogers, United States District Judge for the Northern District of California, in Courtroom 1, Oakland Courthouse, 1301 Clay Street, Oakland, California 94612, Defendants PRUVIT VENTURES INC.; BRIAN UNDERWOOD; CHRISTOPHER HARDING; TERRY LACORE; JENIFER GRACE; and BLAKE MALLEN (collectively, "Defendants") move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), for an order dismissing the twelfth (FLSA) and thirteenth (Quasi-Contract) causes of action in Plaintiff's Second Amended Class Action, PAGA, and Collective Action Complaint ("SAC").

This Motion is based on the following grounds. First, all Defendants other than Blake Mallen (hereafter "Non-CA Defendants") move to dismiss, without prejudice, the Twelfth (Fair Labor Standards Act ("FLSA")) and Thirteenth (Quasi-Contract) causes of action brought against them on behalf of Promoters who did not perform work or receive pay in California (hereafter "Non-CA Promoters") because this court lacks personal jurisdiction over the Non-CA Defendants with respect to their claims. Specifically, the Non-CA Defendants are not subject to the general jurisdiction of courts in California, and this Court lacks specific jurisdiction over the claims of Non-CA Promoters, since they do not arise out of or relate to any activities occurring in California.

In the alternative, the Twelfth (FLSA) and Thirteenth (Quasi-Contract) Causes of Action brought on behalf of Non-CA Promoters should be dismissed with prejudice because Non-CA Promoters waived their right to participate in collective or putative class claims when they entered into agreements containing enforceable class or collective action waivers.

Finally, if this Court agrees with Defendants' first and/or second grounds listed above, it should also dismiss the Twelfth (FLSA) and Thirteenth (Quasi-Contract) causes of action in their entirety because, to the extent the remainder of such claims apply to CA Promoters, they are wholly duplicative of their California Labor Code and Unfair Competition Law, California Business and Professions Code §§ 17200 *et. seq*. ("UCL") claims.

///

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities and supporting declarations, all pleadings and papers on file in this action, and such other and further argument and evidence as may be presented at or before the hearing.

Dated: February 23, 2026

CDF LABOR LAW LLP

By: _____
Alison L. Tsao
Attorneys for Defendants
PRUVIT VENTURES INC., BRIAN UNDERWOOD, CHRISTOPHER HARDING, TERRY LACORE, JENIFER GRACE, and BLAKE MALLEN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On February 23, 2026, I served upon the interested party(ies) in this action the following document described as:

**DEFENDANTS' MOTION TO DISMISS FLSA AND QUASI-CONTRACT CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), 12(b)(2) & 12(b)(6)**

By the following method:

| | |
|---|---|
| Glenn A. Danas | Kristen G. Simplicio |
| Cody Laux | Laura E. Older |
| Maksim Gorbunov | Antonia Smith |
| Emily Torromeo | Roke Iko |
| Jolen Medwid | CLARKSON LAW FIRM, P.C. |
| CLARKSON LAW FIRM, P.C. | 1050 Connecticut Ave NW, Suite 500 |
| 22525 Pacific Coast Highway | Washinton, DC 20036 |
| Malibu, CA 90265 | Telephone: (202) 998-2299 |
| Telephone: (213) 788-4050 | |
| FAX: (213) 788-4070 | E-MAIL: ksimplicio@clarksonlawfirm.com; |
| E-MAIL: gdanas@clarksonlawfirm.com; | lolder@clarksonlawfirm.com; |
| claux@clarksonlawfirm.com; | asmith@clarksonlawfirm.com; |
| mgorbunov@clarksonlawfirm.com; | riko@clarksonlawfirm.com |
| etorromeo@clarksonlawfirm.com; | |
| jmedwid@clarksonlawfirm.com; | |

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2026, at Irvine, California.

|  Brenda Cardenas | _/s/ Brenda Cardenas_ |
|---|---|
| (Type or print name) | (Signature) |