1  CDF LABOR LAW LLP
   Alison L. Tsao, State Bar No. 198250
2     atsao@cdflaborlaw.com
   Timothy M. Freudenberger, State Bar No. 138257
3     tfreud@cdflaborlaw.com
   Marianne C. Koepf, State Bar No. 191025
4     mkoepf@cdflaborlaw.com
   Arthur S. Gaus, State Bar No. 289560
5     agaus@cdflaborlaw.com
   Candace DesBaillets, State Bar No. 315284
6     cdesbaillets@cdflaborlaw.com
  601 Montgomery Street, Suite 333
7  San Francisco, CA 94111
  Telephone:  (415) 981-3233

Attorneys for Defendants
9  PRUVIT VENTURES INC., BRIAN UNDERWOOD,
  CHRISTOPHER HARDING, TERRY LACORE, JENIFER
10  GRACE, and BLAKE MALLEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRERA, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-09629-YGR |
| Plaintiff, | Assigned for All Purposes To:<br>Judge: Hon. Yvonne Gonzalez Rogers |
| vs. | Ctrm:  1 |
| PRUVIT VENTURES INC.; BRIAN UNDERWOOD; CHRISTOPHER HARDING; TERRY LACORE; JENIFER GRACE; BLAKE MALLEN; and DOES 1-50, inclusive, | (Removed from Contra Costa County Superior Court Case No. C25-00451) |
| | **DECLARATION OF BRIAN UNDERWOOD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FLSA AND QUASI-CONTRACT CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) & 12(b)(6)** |
| Defendants. | |
| | Date:  April 14, 2026<br>Time:  2:00 p.m.<br>Ctrm:  Oakland Federal District Courthouse, 1301 Clay St., Ctrm 1, 4th Floor |

DECLARATION OF BRIAN UNDERWOOD

CDF Labor Law LLP

4938-1301-0576.2

# DECLARATION OF BRIAN UNDERWOOD

I, Brian Underwood, declare as follows:

1. I am a Defendant in the above-captioned action and a Co-founder and Chief Executive Officer for Defendant Pruvit Ventures, Inc. ("Pruvit"). I provide this Declaration in Support of Defendants' Motion to Dismiss FLSA and Quasi-Contract Claims Pursuant to Federal Rule of Civil Procedure 12(b)(2) & 12(b)(6). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I was born in raised in Kentucky and have been a permanent resident of the state of Kentucky for most of my life. I currently live in Kentucky with the intent to remain here indefinitely. I am not and have never been a resident of the state of California. I have never lived in California or maintained any residence there. I have never held any bank accounts, offices, equipment, documents, or real property in the state of California.

3. I have never consented to submit myself to the general jurisdiction of a California court. I have not personally physically appeared in California in this case. I have not signed any contract or other written agreement consenting to the jurisdiction of courts in the state of California as it relates to this case, except for the limited purpose of claims brought by Plaintiff Jennifer Carrera, a California resident, on behalf of herself and other California residents who have contracted to sell Pruvit's products ("Promoters"). I have not consented to the jurisdiction of any court in the state of California with respect to claims brought by Promoters or any other individual outside the state of California.

4. I have not been personally served with any papers related to this case while physically located in the State of California.

//
//

4938-1301-0576.2

I declare under penalty of perjury under the laws of the United States of America, the State of California, and the State of Kentucky, that the foregoing is true and correct.

Executed on this 23 day of February 2026, at Louisville, Kentucky.

_____
Brian Underwood

3    DECLARATION OF BRIAN UNDERWOOD

4938-1301-0576.2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On February 23, 2026, I served upon the interested party(ies) in this action the following document described as: **DECLARATION OF BRIAN UNDERWOOD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FLSA AND QUASI-CONTRACT CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) & 12(b)(6)**

By the following method:

| | |
|---|---|
| Glenn A. Danas | Kristen G. Simplicio |
| Cody Laux | Laura E. Older |
| Maksim Gorbunov | Antonia Smith |
| Emily Torromeo | Roke Iko |
| Jolen Medwid | CLARKSON LAW FIRM, P.C. |
| CLARKSON LAW FIRM, P.C. | 1050 Connecticut Ave NW, Suite 500 |
| 22525 Pacific Coast Highway | Washinton, DC 20036 |
| Malibu, CA 90265 | Telephone: (202) 998-2299 |
| Telephone: (213) 788-4050 | |
| | E-MAIL: ksimplicio@clarksonlawfirm.com; |
| FAX: (213) 788-4070 | lolder@clarksonlawfirm.com; |
| E-MAIL: gdanas@clarksonlawfirm.com; | asmith@clarksonlawfirm.com; |
| claux@clarksonlawfirm.com; | riko@clarksonlawfirm.com |
| mgorbunov@clarksonlawfirm.com; | |
| etorromeo@clarksonlawfirm.com; | |
| jmedwid@clarksonlawfirm.com | |

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2026, at Irvine, California.

| Brenda Cardenas | _/s/ Brenda Cardenas_ |
|---|---|
| (Type or print name) | (Signature) |

CDF Labor Law LLP

4938-1301-0576.2

4   DECLARATION OF BRIAN UNDERWOOD